UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================================

MT. HAWLEY INSURANCE COMPANY,

           Plaintiff,

v.

NATIONAL BUILDERS LLC and

6 on 6th, LLC,

           Defendants.

Index No. *1:08-cv-05526-WHP*

===============================================

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Mt. Hawley Insurance Company, by and through its attorneys, Kenney Shelton Liptak Nowak LLP, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it is a wholly-owned subsidiary of RLI Corp., a publicly-traded company.

Dated: June 10, 2008

Respectfully submitted,

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____
Timothy E. Delahunt
Bar Roll No. TD-2791

510 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Tel.: (716) 853-3801
Fax: (716) 853-0265
E-Mail: tedelahunt@kslnlaw.com

*Attorneys for plaintiff Mt. Hawley Insurance Company*